UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAD MICHAEL RAGER,

    Petitioner,

v.                                                                           Case No. 3:19cv740-LC-HTC

MARK S. INCH, SECRETARY,
 DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on January 25, 2021 (ECF No. 27). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:19cv740-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 27) is adopted and incorporated by reference in this order.

2. The amended petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Rager*, 2010-CF-4281, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 12, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 15th day of March, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv740-LC-HTC